USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/29/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

A.M., a minor under 18 years of age, by his next friend and
parent I.M.,

                                                        Plaintiff,

                              -against-

THE CITY OF NEW YORK; THE NEW YORK CITY
DEPARTMENT OF EDUCATION; MONICA POWERS-
MEADE, former principal of PS139Q, NATALIE PEREZ-
HERNANDEZ, principal of PS139Q; and STEPHANIE
LAZARUS, assistant principal of PS 139Q,

                                                        Defendants.

----------------------------------------------------------------------- x

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISMISSAL**

17-CV-107 (NRB)

**WHEREAS**, on January 6, 2017, Plaintiff commenced this action against

Defendants the City of New York (the "City"), the New York City Department of Education (the

"DOE"), former Principal Monica Powers Meade, Principal Natalie Perez-Hernandez, and

Assistant Principal Stephanie Lazarus (collectively, the "City Defendants") by filing the

Complaint asserting claims pursuant to Title VI of the Civil Rights Act of 1964, 42 U.S.C. §

1983, New York State Civil Rights Law §§ 40-c and 40-d, and New York City Human Rights

Law § 8-107(4), and also for negligence;

**WHEREAS**, on March 2, 2017, Defendants filed their Answer denying any fault,

wrongdoing, or liability arising from the allegations in the Complaint, and also asserting

affirmative defenses; and

**WHEREAS**, the parties have agreed to resolve all of the claims asserted in this

lawsuit without further proceedings, and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through the undersigned, as follows:

1. This action is hereby dismissed, with prejudice, and without costs, expenses, or attorney's fees in excess of the amount set forth in paragraph "2" below.

2. Subject to the Court's approval of Plaintiff's Infant Compromise application, the City shall pay Plaintiff THREE HUNDRED THOUSAND DOLLARS and ZERO CENTS ($300,000.00), in full satisfaction of all claims that Plaintiff asserted or could have asserted in this action, whether known or unknown, including, but not limited to, all claims for damages, costs, expenses, and attorneys' fees.  In consideration of this payment, Plaintiff agrees to the dismissal of this action with prejudice, and to release Defendants, their successors or assigns, and all of their present or former officials, employees, representatives, agents, or heirs from any and all liability, claims and/or rights of action arising from or relating to the allegations that were asserted or could have been asserted by Plaintiff in this action, whether known or unknown, including all claims for costs, expenses, and attorneys' fees incurred in connection with this action.

3. The payment specified in paragraph "2" above shall be distributed among Plaintiff and Plaintiff's counsel pursuant to the Court's approval of Plaintiff's Infant Compromise application.

4. The City shall make the payment specified in paragraph "2" above by issuing a check in the lump sum amount of THREE HUNDRED THOUSAND DOLLARS and ZERO CENTS ($300,000.00) payable to "Emery Celli Brinckerhoff & Abady, LLP" and shall send the check by regular mail to Ilann M. Maazel, Esq., Emery Celli Brinckerhoff & Abady, LLP, 600 Fifth Avenue, 10th Floor, New York, New York 10020.

5. Plaintiff and Plaintiff's attorney, as appropriate, shall be responsible for the payment of any federal, state, and/or local taxes on the payments specified in paragraph "2" above.

6. Plaintiff and Plaintiff's attorney shall execute and deliver to Defendants' attorney the documents needed to effect this Stipulation and Order of Settlement and Dismissal (this "Stipulation and Order"), which are known at this time to be releases from Plaintiff and Plaintiff's attorney based on the terms of paragraphs "2" through "4" above, Affidavits Concerning Liens, and Substitute W-9 forms.

7. This Stipulation and Order contains all of the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time, nor any written agreement entered into prior to the execution of this Stipulation and Order, regarding the subject matter of this action shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

8. Nothing contained herein shall be deemed to be an admission by any of the Defendants of any of the Plaintiff's allegations, nor an admission that any of the Defendants have in any manner or way violated any of Plaintiff's rights or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, charters, rules, or regulations of the United States, the State of New York, the City, or any other rules, regulations, or bylaws of any department or subdivision of the City or the DOE.

9. Nothing contained herein shall be deemed to constitute a policy or practice of the City, DOE, or any Defendant.

10. This Stipulation and Order shall not be admissible in, nor is it related to, any other litigation, proceeding, or settlement negotiation, except as necessary to enforce its terms.

11. Facsimile or photocopied signatures on this Stipulation and Order shall have

the full force and effect of originals.

Dated:      New York, New York
            October 20, 2017

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF<br>& ABADY LLP<br>Attorneys for Plaintiff<br>600 Fifth Avenue, 10th Floor | ZACHARY W. CARTER<br>Corporation Counsel of the City of New York<br>Attorney for City Defendants<br>100 Church Street |

EMERY CELLI BRINCKERHOFF
& ABADY LLP
Attorneys for Plaintiff
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000
imaazel@ecbalaw.com

By:  _____
        ILANN M. MAAZEL

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for City Defendants
100 Church Street
New York, New York 10007
(212) 356-2613
eschnitt@law.nyc.gov

By:  _____
        EVAN SCHNITTMAN
        Assistant Corporation Counsel

JEFFREY A. ROTHMAN, ATTORNEY AT LAW
Attorney for Plaintiff
315 Broadway, Suite 200
New York, New York 10007
(212) 227-2980
Rothman.jeffrey@gmail.com

By:  _____
        JEFFREY ROTHMAN

LAW OFFICE OF ANTON G. COHEN, P.C.
Attorney for Plaintiff
1359 Coney Island Avenue
Brooklyn, New York 11230
(917) 270-1403
Anton@aplawny.com

By:  _____
        ANTON COHEN

SO ORDERED:

_____
HONORABLE NAOMI REICE BUCHWALD, U.S.D.J

11. Facsimile or photocopied signatures on this Stipulation and Order shall have the full force and effect of originals.

Dated:     New York, New York
            October 17, 2017

EMERY CELLI BRINCKERHOFF
& ABADY LLP
Attorneys for Plaintiff
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000
imaazel@ecbalaw.com

By: _____
     ILANN M. MAAZEL

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for City Defendants
100 Church Street
New York, New York 10007
(212) 356-2613
eschnitt@law.nyc.gov

By: _____
     EVAN SCHNITTMAN
     Assistant Corporation Counsel

JEFFREY A. ROTHMAN, ATTORNEY AT LAW
Attorney for Plaintiff
315 Broadway, Suite 200
New York, New York 10007
(212) 227-2980
Rothman.jeffrey@gmail.com

By: _____
     JEFFREY ROTHMAN

LAW OFFICE OF ANTON G. COHEN, P.C.
Attorney for Plaintiff
1359 Coney Island Avenue
Brooklyn, New York 11230
(917) 270-1403
Anton@aplawny.com

By: _____
     ANTON COHEN

SO ORDERED:

_____
HONORABLE NAOMI REICE BUCHWALD, U.S.D.J

- 4 -

11. Facsimile or photocopied signatures on this Stipulation and Order shall have the full force and effect of originals.

Dated:      New York, New York
            October __, 2017

EMERY CELLI BRINCKERHOFF            ZACHARY W. CARTER
& ABADY LLP                        Corporation Counsel of the City of New York
Attorneys for Plaintiff            Attorney for City Defendants
600 Fifth Avenue, 10th Floor       100 Church Street
New York, New York 10020           New York, New York 10007
(212) 763-5000                     (212) 356-2613
imaazel@ecbalaw.com                eschnitt@law.nyc.gov

By: _____         By: _____
       ILANN M. MAAZEL                    EVAN SCHNITTMAN
                                          Assistant Corporation Counsel

JEFFREY A. ROTHMAN, ATTORNEY AT LAW
Attorney for Plaintiff
315 Broadway, Suite 200
New York, New York 10007
(212) 227-2980
Rothman.jeffrey@gmail.com

By: _____ 16/17/17
       JEFFREY ROTHMAN

LAW OFFICE OF ANTON G COHEN, P.C.
Attorney for Plaintiff
1359 Coney Island Avenue
Brooklyn, New York 11230
(917) 270-1403
Anton@aplawny.com

By: _____
       ANTON COHEN

SO ORDERED:

_____
HONORABLE NAOMI REICE BUCHWALD, U.S.D.J

- 4 -

11. Facsimile or photocopied signatures on this Stipulation and Order shall have the full force and effect of originals.

Dated:     New York, New York
           October ___, 2017

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF & ABADY LLP<br>Attorneys for Plaintiff<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020<br>(212) 763-5000<br>imaazel@ecbalaw.com | ZACHARY W. CARTER<br>Corporation Counsel of the City of New York<br>Attorney for City Defendants<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2613<br>eschnitt@law.nyc.gov |

By: _____
         ILANN M. MAAZEL

By: _____
         EVAN SCHNITTMAN
         Assistant Corporation Counsel

JEFFREY A. ROTHMAN, ATTORNEY AT LAW
Attorney for Plaintiff
315 Broadway, Suite 200
New York, New York 10007
(212) 227-2980
Rothman.jeffrey@gmail.com

By: _____
         JEFFREY ROTHMAN

LAW OFFICE OF ANTON G. COHEN, P.C.
Attorney for Plaintiff
1359 Coney Island Avenue
Brooklyn, New York 11230
(917) 270-1403
Anton@aplawny.com

By: _____
         ANTON COHEN

SO ORDERED:

_____
HONORABLE NAOMI REICE BUCHWALD, U.S.D.J
         11/29/17

- 4 -